IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY S. MASTRO,

    Petitioner,

v.

WARDEN LIZZIE TEGELS,

    Respondent.

ORDER

Case No.  16-cv-251-wmc

Petitioner Anthony S. Mastro seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than May 10, 2016.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately October 18, 2015 through the date of the petition, April 18, 2016.

ORDER

IT IS ORDERED that:

    1.    Petitioner Anthony S. Mastro may have until May 10, 2016, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before May 10, 2016, I will assume that petitioner wishes to withdraw this action voluntarily and will dismiss the action without prejudice.

Entered this 21st day of April, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge