IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY S. MASTRO,

    Petitioner,

v.

CHRISTINE SUTER, Superintendent,
Gordon Correctional Center,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-251-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Anthony S. Mastro for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

/s/                                                       05/15/2017

Peter Oppeneer, Clerk of Court                     Date